# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-2340

_____

THOMAS F. ROSENBLUM, Former
Husband,

     Appellant,

     v.

ANNE R. ROSENBLUM, n/k/a
ANNE R. MOORE, Former Wife,

     Appellee.

_____

On appeal from the Circuit Court for Duval County.
W. Gregg McCaulie, Judge.

June 28, 2019

PER CURIAM.

Appellant, Thomas F. Rosenblum, appeals the trial court's Order on Former Husband's Supplemental Petitions and Pending Motions and raises three issues on appeal, only one of which merits discussion. Appellant argues, and Appellee, Anne R. Rosenblum, n/k/a Anne R. Moore, concedes, that the trial court's finding as to Appellant's monthly income differed from the income listed for him on the child support guidelines worksheet attached to the order. Because it is clear from the language in the order that the trial court rejected Appellant's testimony that his monthly income was approximately $3,300 and accepted Appellee's evidence that his monthly income was $7,997, we affirm the order on appeal but

remand with directions that the trial court attach to its order the worksheet reflecting Appellant's correct monthly income and child support obligation. *See McCants-Collie v. Collie*, 909 So. 2d 360, 360 (Fla. 4th DCA 2005) (finding nothing in the record suggesting that the amount included in the child support guidelines worksheet reflecting the former husband's gross income was anything more than a typographical error).

AFFIRMED and REMANDED with instructions.

LEWIS, OSTERHAUS, and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

William S. Graessle and Jonathan W. Graessle of William S. Graessle, P.A., Jacksonville, for Appellant.

Geraldine C. Hartin, Fleming Island, for Appellee.